UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 97-40039 |
| ) | |
| MARCUS L. COMER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Marcus L. Comer ("Comer's") Motion to Correct an Illegal Sentence Pursuant to 18 U.S.C. § 3582 and U.S.C. § 3742 [Doc. # 52]. In this motion, Comer seeks relief from his sentence based on Blakely v. Washington, 124 S.Ct. 2531 (2004) and United States v. Booker, Nos. 04-104 and 04-105, 2005 WL 50108 (U.S. Jan. 12, 2005). The Seventh Circuit has found that the rules announced in Blakely and Booker do not apply retroactively to criminal cases that became final before the release of Booker on January 12, 2005. See McReynolds v. United States, Nos. 04-2520, 04-2632, 04-2844, 2005 WL 237642 (7th Cir. Feb. 2, 2005). Comer's conviction and sentence became final in 1999. Consequently, Comer is not entitled to the relief he requests.

IT IS THEREFORE ORDERED that Comer's Motion to Correct an Illegal Sentence Pursuant to 18 U.S.C. § 3582 and U.S.C. § 3742 [Doc. # 52] is DENIED.

Entered this   23rd   day of January, 2006.

s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge